# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>TIMOTHY ZEGAR<br><br>*Defendant(s)* | )<br>)<br>)    Case No.  23-mj-2009DPR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  between 1/18/2023 and 1/28/2023  in the county of  Greene  in the
Western  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| U.S.C. § 922(g)(1) | See Attachment A. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Isaac McPheeters, Special Agent, F.B.I.
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date:  1/31/23

*Judge's signature*

City and state:  Springfield, Missouri         David P. Rush, Chief United States Magistrate Judge
*Printed name and title*