**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 23-3016-01-CR-S-MDH |
| Plaintiff, | |
| v. | 18 U.S.C.§ 922(g)(1)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine |
| **TIMOTHY RUSSELL ZEGAR,**<br>[DOB 03-01-1983] | NMT 3 Years Supervised Release<br>Class C Felony |
| Defendant. | $100 Special Assessment. |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

Between January 18, 2023, and February 1, 2023, in Greene County, in the Western District of Missouri, the defendant, **TIMOTHY RUSSELL ZEGAR**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, to wit:

1. Spike's Tactical, model ST15, .556 caliber rifle, bearing serial number LT003881;
2. Norinco, model SKS, 7.62x39 millimeter rifle, bearing serial number 1403404;
3. Romarm SA/Cugir, model GP WASR-10/63, 7.62x39 millimeter rifle, bearing serial number P0-5661-85;
4. Anderson Manufacturing, model AM-15, .556 caliber rifle, bearing serial number 22102050;
5. Benelli, model M1 Super 90, 12 gauge shotgun, bearing serial number M157333;
6. Westernfield, model M550AB, 12 gauge shotgun, bearing serial number G056983;
7. Stevens, model 59A, 410 gauge shotgun;
8. Stevens, model Junior 11, .22 caliber rifle;
9. Remington, model 12-A, .22 caliber rifle, bearing serial number 656065;
10. Sig Sauer, model Mosquito, .22 caliber pistol, bearing serial number F098545;
11. Sturm, Ruger, model Mark II, .22 caliber pistol, bearing serial number 216-35382;
12. Iver Johnson, model US Carbine, .22 caliber receiver, bearing serial number 020428; and,
13. Sturm, Ruger, model Silent-SR, .22 caliber silencer, bearing serial number 900-11376

Each of which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

*/s/ Mike Daugherty*

FOREPERSON OF THE GRAND JURY

*/s/ James Kelleher*

James J. Kelleher
Assistant United States Attorney

DATED: *2/28/2023*

Springfield, Missouri