*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

**MINUTE SHEET**

**UNITED STATES OF AMERICA** **Date: March 11, 2024**

**vs.** **Case No. 23-3016-01-CR-S-MDH**

**TIMOTHY ZEGAR**

---

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Change of Plea**

**Time Commenced: 9:30 a.m.** **Time Terminated: 9:50 a.m.**

---

**APPEARANCES**

**Plaintiff: Cameron Beaver, AUSA** **Defendant: S. Dean Price**

---

**Proceedings: Parties appear as indicated above, dft in person. Dft sworn. Dft is advised of rights, and pleads guilty to Count 1 of the Indictment. Dft duly sworn and answers questions propounded by the Court. The Court finds adequate factual basis for the plea of guilty and accepts the plea. Presentence Investigation ordered. Dft continued in custody.**

**Courtroom Deputy: Linda Howard**
**Court Reporter: Jeannine Rankin**
**USPPTS: Tracy Cowin**